**DEFER, NTCAPR, TRANSCRIPT 90**

# U.S. Bankruptcy Court
## District of North Dakota (Fargo)
## Adversary Proceeding #: 24-07014

*Assigned to:* Judge Shon Hastings            *Date Filed:* 08/26/24
*Lead BK Case:* 24-30167
*Lead BK Title:* Pro-Mark Services, Inc.
*Lead BK Chapter:* 7
*Demand:* $36000000

*Nature[s] of Suit:* 13 Recovery of money/property - 548 fraudulent transfer
                       02 Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)

### Plaintiff
----------------------

**Erik A. Ahlgren, *as Chapter 7 Trustee of Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust,***

represented by **ERIK A. AHLGREN**
Ahlgren Law Office, PLLC
220 W. Washington Ave.
Ste 105
Fergus Falls, MN 56537
218-998-2775
Email: erik@ahlgrenlawoffice.net

**Carlos A Alonso**
Greenberg Traurig, LLP
90 S. Seventh St., Suite 3500
Minneapolis, MN 55402
612-259-9674
Email: carlos.alonsogayon@gtlaw.com

**Michael Fisco**
Greenburg Traurig, LLP
90 South Seventh St Suite 3500
Ste. 3500
Minneapolis, MN 55402
612-259-9710
Email: fiscom@gtlaw.com

**Peter Kieselbach**
Greenberg Traurig, LLP
90 S. 7th Street
Ste 3500
Minneapolis, MN 55402
612-259-9714
Fax : 612-677-3101

Email: kieselbachp@gtlaw.com

V.

### Defendant
-----------------------
**Connie Berg**
5012 2nd St E
West Fargo, ND 58078

represented by **Jordan Elizabeth Chavez**
Haynes and Boone, LLP
2801 N. Harwood Street
Ste 2300
Dallas, TX 75201
806-620-5018
Email: jordan.chavez@haynesboone.com

**Aimee Furness**
Haynes and Boone, LLP
2801 N. Harwood Street
Suite 2300
Dallas, TX 75201
214-651-5024
Email: aimee.furness@haynesboone.com

**Stephen M. Pezanosky**
Haynes and Boone, LLP
301 Commerce Street
Suite 2600
Fort Worth, TX 76102
817-347-6601
Fax : 817-348-2370
Email: stephen.pezanosky@haynesboone.com

**Brenna Helene Scully**
Haynes and Boone, LLP
2801 N. Harwood St.
Suite 2300
Dallas, TX 75201
214-651-5871
Email: brenna.scully@haynesboone.com

### Defendant
-----------------------
**Kyle Berg**
5012 2nd St E
West Fargo, ND 58078

represented by **Jordan Elizabeth Chavez**
(See above for address)

**Aimee Furness**
(See above for address)

**Stephen M. Pezanosky**

(See above for address)

**Brenna Helene Scully**
(See above for address)

*Defendant*
----------------------
**Connie Berg Revocable Living Trust**      represented by **Jordan Elizabeth Chavez**
c/o Connie Berg                                       (See above for address)
5012 2nd St E
West Fargo, ND 58078

                                                                 **Aimee Furness**
(See above for address)

                                                                  **Stephen M. Pezanosky**
(See above for address)

                                                                  **Brenna Helene Scully**
(See above for address)

*Defendant*
----------------------
**Kyle R. Berg Revocable Living Trust**      represented by **Jordan Elizabeth Chavez**
c/o Kyle Berg                                            (See above for address)
5012 2nd St E
West Fargo, ND 58078

                                                                  **Aimee Furness**
(See above for address)

                                                                  **Stephen M. Pezanosky**
(See above for address)

                                                                  **Brenna Helene Scully**
(See above for address)

*Defendant*
----------------------
**Chad Dubois**                                         represented by **Maurice VerStandig**
4419 66th St S                                             The Dakota Bankruptcy Firm
Fargo, ND 58104                                          1630 1st Avenue N
                                                             Suite B PMB 24
                                                             Fargo, ND 58102
                                                             701-394-3215
                                                             Email: mac@mbvesq.com

*Defendant*
----------------------
**Mandy Grant,** *(#114 DISMISSED as party*      represented by **Andrew D. Cook**

*5/7/25)*
150 33rd Ave E
West Fargo, ND 58078
*TERMINATED: 05/07/2025*

Ohnstad Twichell, P.C.
444 Sheyenne Street
Suite 102
West Fargo, ND 58078
701-282-3249
Fax : 701-282-0825
Email: acook@ohnstadlaw.com
*TERMINATED: 05/07/2025*

### Defendant
----------------------
**Miguel Paredes**
Prudent Financial Services, LLC
100 N Barranca St Suite 400
West Covina, CA 91791

represented by **Michael Gust**
Anderson, Bottrell, Sanden & Thompson
4132 30th Ave. SW, Suite 100
P.O. Box 10247
Fargo, ND 58106-0247
701-235-3300
Fax : 701-237-3154
Email: mlgfilings@andersonbottrell.com

**Jacob D Rhode**
Keating Muething & Klekamp PLL
1 E. 4th Street
Suite 1400
Cincinnati, OH 45202
513-579-6580
Fax : 513-579-6457
Email: jrhode@kmklaw.com

**Michael Lewis Scheier**
Keating Muething & Klekamp
One E. Fourth Street
Suite 1400
Cincinnati, OH 45202
513-579-6952
Fax : 513-579-6457
Email: mscheier@kmklaw.com

**Samuel Weaver**
Keating Muething & Klekamp
1 E. 4th Street
Ste 1400
Cincinnati, OH 45202
513-579-6467
Email: sweaver@kmklaw.com

### Counter-Claimant
----------------------
**Connie Berg**

5012 2nd St E
West Fargo, ND 58078

**Counter-Claimant**
-----------------------
**Kyle Berg**
5012 2nd St E
West Fargo, ND 58078

**Counter-Claimant**
-----------------------
**Connie Berg Revocable Living Trust**
c/o Connie Berg
5012 2nd St E
West Fargo, ND 58078

**Counter-Claimant**
-----------------------
**Kyle R. Berg Revocable Living Trust**
c/o Kyle Berg
5012 2nd St E
West Fargo, ND 58078

V.

**Counter-Defendant**
-----------------------
**Erik A. Ahlgren, *as Chapter 7 Trustee of Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust,***

| Filing Date | # | Docket Text |
|---|---|---|
| 08/26/2024 | [1](#)<br>(217 pgs; 2 docs) | Adversary case 24-07014. Complaint by Erik A. Ahlgren, Trustee as Chapter 7 Trustee of Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust against Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle Berg Revocable Living Trust, Chad Dubois, Mandy Grant, Miguel Paredes. Receipt Number DEFER, Fee Amount $350. Nature of Suits:(13 (Recovery of money/ property - 548 fraudulent transfer),02 (Other (e.g. other actions that |

| | | |
|---|---|---|
| | | would have been brought in state court if unrelated to bankruptcy))), (Attachments: # 1 Exhibit A-E) (AHLGREN, ERIK) (Per #11 Amended Complaint enhanced Plaintiff's name) Modified on 9/25/2024 (vck, Court). (Entered: 08/26/2024) |
| 08/26/2024 | 2 (2 pgs) | Summons Issued on Connie Berg Date Issued 8/26/2024, Answer Due 9/25/2024; Kyle Berg Date Issued 8/26/2024, Answer Due 9/25/2024; Connie Berg Revocable Living Trust Date Issued 8/26/2024, Answer Due 9/25/2024; Chad Dubois Date Issued 8/26/2024, Answer Due 9/25/2024; Mandy Grant Date Issued 8/26/2024, Answer Due 9/25/2024; Kyle R. Berg Revocable Living Trust Date Issued 8/26/2024, Answer Due 9/25/2024; Miguel Paredes Date Issued 8/26/2024, Answer Due 9/25/2024 (vck) (Entered: 08/26/2024) |
| 08/27/2024 | 3 (3 pgs) | Summons Service Executed on Connie Berg 8/27/2024; Kyle Berg 8/27/2024; Connie Berg Revocable Living Trust 8/27/2024; Chad Dubois 8/27/2024; Mandy Grant 8/27/2024; Kyle R. Berg Revocable Living Trust 8/27/2024; Miguel Paredes 8/27/2024 (AHLGREN, ERIK) (Entered: 08/27/2024) |
| 08/27/2024 | 4 (2 pgs) | Certificate of Service -*Supplemental* Filed by Plaintiff Erik A. Ahlgren (RE: related document(s)1 Complaint). (AHLGREN, ERIK) (Entered: 08/27/2024) |
| 09/12/2024 | 5 (2 pgs) | Notice of Appearance and Request for Notice Including: Certificate of Service by Maurice VerStandig Filed by Defendant Chad Dubois. (VerStandig, Maurice) (Entered: 09/12/2024) |
| 09/16/2024 | 6 (3 pgs) | Notice of Appearance and Request for Notice Including: Certificate of Service by Michael Lewis Scheier Filed by Defendant Miguel Paredes. (Scheier, Michael) (Entered: 09/16/2024) |
| 09/17/2024 | 7 (5 pgs; 2 docs) | Motion to Appear pro hac vice *Jacob D. Rhode* Fee Amount $150, Filed by Defendant Miguel Paredes (Attachments: # 1 Exhibit Good Standing Certificate) (Rhode, Jacob) (Entered: 09/17/2024) |
| 09/17/2024 | | Receipt of Motion to Appear pro hac vice( 24-07014) [motion,mprohac] ( 150.00) Filing Fee. Receipt number A1573191. Fee amount 150.00. (U.S. Treasury) (Entered: 09/17/2024) |
| 09/17/2024 | 8 | Order Granting Motion to Appear Pro Hac Vice. (Related Doc # 7) Non-resident attorney Jacob D Rhode for Defendant Miguel Paredes is permitted to appear and participate in this case. By Judge Shon Hastings (Text order only). Signed on 9/17/2024 (vck) (Entered: 09/17/2024) |
| 09/24/2024 | 9 (3 pgs) | Notice of Appearance and Request for Notice Including: Certificate of Service by Michael Gust Filed by Defendant Miguel Paredes. (Gust, Michael) (Entered: 09/24/2024) |
| 09/25/2024 | 10 (4 pgs) | Notice of Appearance and Request for Notice Including: Certificate of Service by Peter Kieselbach Filed by Plaintiff Erik A. Ahlgren. (Kieselbach, Peter) (Entered: 09/25/2024) |

| | | |
|---|---|---|
| 09/25/2024 | 11<br>(232 pgs; 2 docs) | Amended Complaint by Peter Kieselbach on behalf of Erik A. Ahlgren against Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Chad Dubois, Mandy Grant, Kyle R. Berg Revocable Living Trust, Miguel Paredes. (RE: related document(s)1 Complaint filed by Plaintiff Erik A. Ahlgren). (Attachments: # 1 Exhibits A-E) (Kieselbach, Peter) (Entered: 09/25/2024) |
| 09/25/2024 | 12<br>(2 pgs) | Notice of Appearance and Request for Notice by Andrew D. Cook Filed by Defendant Mandy Grant. (Cook, Andrew) (Entered: 09/25/2024) |
| 09/26/2024 | 13<br>(2 pgs) | Certificate of Service Filed by Plaintiff Erik A. Ahlgren (RE: related document(s)11 Amended Complaint). (Kieselbach, Peter) (Entered: 09/26/2024) |
| 09/29/2024 | 14<br>(2 pgs) | Stipulated Motion to Extend Time to Respond to Amended Complaint by and between Miguel Paredes and Plaintiff. Filed by Defendant Miguel Paredes (RE: related document(s)11 Amended Complaint). (Gust, Michael) (enhanced docket) Modified on 9/30/2024 (vck, Court). (Entered: 09/29/2024) |
| 09/30/2024 | 15 | Order Granting Stipulated Motion to Extend Response Period to Amended Complaint (Related Doc # 14). The motion is granted. **Defendant Miquel Paredes is granted until October 25, 2024, to file an Answer or other response to Plaintiff's Amended Complaint.** Ordered by Judge Shon Hastings. (Text order only). Signed on 09/30/2024 (vck) (Entered: 09/30/2024) |
| 10/02/2024 | 16<br>(4 pgs) | Notice of Appearance and Request for Notice Including: Certificate of Service by Michael Fisco Filed by Plaintiff Erik A. Ahlgren. (Fisco, Michael) (Entered: 10/02/2024) |
| 10/03/2024 | 17<br>(4 pgs) | Notice of Appearance and Request for Notice Including: Certificate of Service by Carlos A Alonso Filed by Plaintiff Erik A. Ahlgren. (Alonso, Carlos) (Entered: 10/03/2024) |
| 10/03/2024 | 18<br>(2 pgs) | Stipulated Motion to Extend Response Period to Amended Complaint by Trustee Erik A. Ahlgren and Defendant Mandy Grant Filed by Plaintiff Erik A. Ahlgren (RE: related document(s)11 Amended Complaint). (Kieselbach, Peter) (enhanced docket) Modified on 10/4/2024 (vck, Court). (Entered: 10/03/2024) |
| 10/04/2024 | 19 | Order Granting Stipulated Motion to Extend Response Period to Amended Complaint (Related Doc # 18). The motion is granted. **Defendant Mandy Grant is granted until October 25, 2024, to file an Answer or other response to Plaintiff's Amended Complaint.** Ordered by Judge Shon Hastings. (Text order only) Signed on 10/4/2024 (vck) (Entered: 10/04/2024) |
| 10/08/2024 | 20<br>(2 pgs) | Stipulated Motion to Extend Time to Respond to Amended Complaint by Trustee Erik A. Ahlgren and Defendant Chad DuBois. Filed by Plaintiff Erik A. Ahlgren (Kieselbach, Peter) (enhanced docket) Modified on 10/8/2024 (vck, Court). (Entered: 10/08/2024) |

| | | |
|---|---|---|
| 10/08/2024 | 21 | Order Granting Stipulated Motion to Extend Response Period to Amended Complaint (Related Doc # 20). The motion is granted. **Defendant Chad DuBois is granted until October 25, 2024, to file an Answer or other response to Plaintiff's Amended Complaint.** Ordered by Judge Shon Hastings. (Text order only) Signed on 10/8/2024 (vck) (Entered: 10/08/2024) |
| 10/09/2024 | 22 (3 pgs) | Notice of Appearance and Request for Notice Including: Certificate of Service by Stephen M. Pezanosky Filed by Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust. (Pezanosky, Stephen) (Entered: 10/09/2024) |
| 10/09/2024 | 23 (3 pgs) | Stipulated Motion to Extend Response Period to Amended Complaint (Re: 11 Amended Complaint). Filed by Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust (Pezanosky, Stephen) (incorrect event used; enhanced docket) Modified on 10/10/2024 (vck, Court). (Entered: 10/09/2024) |
| 10/09/2024 | 24 (3 pgs) | Notice of Appearance and Request for Notice Including: Certificate of Service by Jordan Elizabeth Chavez Filed by Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust. (Chavez, Jordan) (Entered: 10/09/2024) |
| 10/10/2024 | 25 | Order Granting Stipulated Motion to Extend Response Period to Amended Complaint (Related Doc # 23). The motion is granted. **Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, and Kyle R. Berg Revocable Living Trust are granted until November 22, 2024, to file an Answer or other response to Plaintiff's Amended Complaint.** Ordered by Judge Shon Hastings. (Text order only) Signed on 10/10/2024 (vck) (Entered: 10/10/2024) |
| 10/24/2024 | 26 (2 pgs) | Stipulated Motion to Extend Response Period to Amended Complaint by Trustee Erik A. Ahlgren and Chad Dubois. Filed by Plaintiff Erik A. Ahlgren, Defendant Chad Dubois (RE: 11 Amended Complaint) (Kieselbach, Peter) (enhanced docket; removed linkage) Modified on 10/25/2024 (vck, Court). (Entered: 10/25/2024) |
| 10/24/2024 | 27 (2 pgs) | Stipulated Motion to Extend Response Period to Amended Complaint by Trustee Erik A. Ahlgren and Mandy Grant. Filed by Plaintiff Erik A. Ahlgren, Defendant Mandy Grant (RE: 11 Amended Complaint). (Kieselbach, Peter) (enhanced docket; removed linkage) Modified on 10/25/2024 (vck, Court). (Entered: 10/24/2024) |
| 10/25/2024 | 28 (125 pgs; 4 docs) | (WITHDRAWN #29) Motion to Dismiss Party - *Miguel Paredes* Including: Notice of Motion served on 10/25/2024 and Certificate of Service Filed by Defendant Miguel Paredes Last day to object is 11/15/2024. (Attachments: # 1 Memorandum in Support of Motion to Dismiss # 2 Exhibit 1 - Unpublished Cases # 3 Exhibit 2 - Statement of Representation) (Gust, Michael) Modified on 10/28/2024 (vck, Court). (Entered: 10/25/2024) |
| 10/25/2024 | 29 | Withdrawal of Document (Text entry only)- The electronic filer will be responsible for informing all interested parties that are |

| | | |
|---|---|---|
| | | nonelectronic filers notice of this withdrawal and a certificate of service will be filed. Filed by Defendant Miguel Paredes (RE: related document(s)28 Motion to Dismiss Party - *Miguel Paredes* Including: Notice of Motion served on 10/25/2024 and Certificate of Service). (Gust, Michael) (Entered: 10/25/2024) |
| 10/25/2024 | 30 (114 pgs; 4 docs) | Motion to Dismiss Party - *Miguel Paredes* Including: Notice of Motion served on 10/25/2024 and Certificate of Service Filed by Defendant Miguel Paredes Last day to object is 11/15/2024. (Attachments: # 1 Memorandum in Support of Motion to Dismiss # 2 Exhibit 1 - Unpublished Cases # 3 Exhibit 2 - Statement of Representation) (Gust, Michael) (Entered: 10/25/2024) |
| 10/28/2024 | 31 (10 pgs) | Motion to Appear pro hac vice Fee Amount $150, Filed by Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust (Furness, Aimee) (Entered: 10/28/2024) |
| 10/28/2024 | | Receipt of Motion to Appear pro hac vice( 24-07014) [motion,mprohac] ( 150.00) Filing Fee. Receipt number A1582118. Fee amount 150.00. (U.S. Treasury) (Entered: 10/28/2024) |
| 10/28/2024 | 32 (10 pgs) | Motion to Appear pro hac vice Fee Amount $150, Filed by Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust (Scully, Brenna) (Entered: 10/28/2024) |
| 10/28/2024 | | Receipt of Motion to Appear pro hac vice( 24-07014) [motion,mprohac] ( 150.00) Filing Fee. Receipt number A1582122. Fee amount 150.00. (U.S. Treasury) (Entered: 10/28/2024) |
| 10/28/2024 | 33 | Order Granting Motion to Appear Pro Hac Vice. (Related Doc # 31) Non-resident attorney Aimee Furness for Defendants Connie Berg Revocable Living Trust; Kyle R. Berg Revocable Living Trust; Connie Berg and Kyle Berg is permitted to appear and participate in this case. By Judge Shon Hastings (Text order only). Signed on 10/28/2024 (vck) (Entered: 10/28/2024) |
| 10/28/2024 | 34 | Order Granting Motion to Appear Pro Hac Vice. (Related Doc # 32) Non-resident attorney Brenna Helene Scully for Defendants Connie Berg Revocable Living Trust; Kyle R. Berg Revocable Living Trust; Connie Berg and Kyle Berg is permitted to appear and participate in this case. By Judge Shon Hastings (Text order only). Signed on 10/28/2024 (vck) (Entered: 10/28/2024) |
| 10/29/2024 | 35 (3 pgs) | Notice of Appearance and Request for Notice Including: Certificate of Service by Aimee Furness Filed by Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust. (Furness, Aimee) (Entered: 10/29/2024) |
| 10/29/2024 | 36 (3 pgs) | Notice of Appearance and Request for Notice Including: Certificate of Service by Brenna Helene Scully Filed by Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust. (Scully, Brenna) (Entered: 10/29/2024) |

| | | |
|---|---|---|
| 11/04/2024 | 37 | Order Granting Stipulated Motion to Extend Response Period to Amended Complaint (Related Doc # 26). The motion is granted. **Defendant Chad DuBois is granted until November 22, 2024, to file an Answer or other response to Plaintiff's Amended Complaint.** Ordered by Judge Shon Hastings. (Text order only) Signed on 11/4/2024 (vck) (Entered: 11/04/2024) |
| 11/04/2024 | 38 | Order Granting Stipulated Motion to Extend Response Period to Amended Complaint (Related Doc # 27). The motion is granted. **Defendant Mandy Grant is granted until November 22, 2024, to file an Answer or other response to Plaintiff's Amended Complaint.** Ordered by Judge Shon Hastings. (Text order only) Signed on 11/4/2024 (vck) (Entered: 11/04/2024) |
| 11/07/2024 | 39 (3 pgs) | Stipulated Motion to Extend Plaintiff's Time to Respond to Defendant Miguel Paredes' Motion to Dismiss (Re: 30 Motion to Dismiss Party) filed by Plaintiff Erik A. Ahlgren. (Kieselbach, Peter) (enhanced docket; added linkage) Modified on 11/8/2024 (vck, Court). (Entered: 11/07/2024) |
| 11/08/2024 | 40 | Order Granting Stipulated Motion to Extend Plaintiff's Time to Respond to Defendant Miguel Paredes' Motion to Dismiss Party (Related Doc # 39). The motion is granted. **Plaintiff Erik A. Ahlgren as Chapter 7 Trustee of Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust is granted until November 22, 2024, to file a response Defendant Miguel Paredes' Motion to Dismiss Party.** Ordered by Judge Shon Hastings. (Text order only) Signed on 11/8/2024 (vck) (Entered: 11/08/2024) |
| 11/12/2024 | 41 (9 pgs; 3 docs) | Motion to Appear pro hac vice Fee Amount $150, Filed by Defendant Miguel Paredes (Attachments: # 1 Exhibit # 2 Exhibit) (Weaver, Samuel) (Entered: 11/12/2024) |
| 11/12/2024 | | Receipt of Motion to Appear pro hac vice( 24-07014) [motion,mprohac] ( 150.00) Filing Fee. Receipt number A1585398. Fee amount 150.00. (U.S. Treasury) (Entered: 11/12/2024) |
| 11/12/2024 | 42 | Order Granting Motion to Appear Pro Hac Vice. (Related Doc # 41) Non-resident attorney Samuel Weaver for Defendant Miguel Paredes is permitted to appear and participate in this case. By Judge Shon Hastings (Text order only). Signed on 11/12/2024 (vck) (Entered: 11/12/2024) |
| 11/18/2024 | 43 (6 pgs) | Stipulated Motion to Extend Page Limits for Brief to be Filed in Support of Motion to Dismiss the Amended Complaint (RE: 11 Amended Complaint) and Certificate of Service Filed by Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust (Pezanosky, Stephen) (enhanced docket) Modified on 11/18/2024 (vck, Court). (Entered: 11/18/2024) |
| 11/19/2024 | 44 | Order Granting Stipulated Motion to Extend Page Limits for Brief in Support of Motion to Dismiss the Amended Complaint (Related Doc |

| | | |
|---|---|---|
| | | # 43). The motion is granted. Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust may file a brief in support of their Motion to Dismiss the Amended Complaint of no more than 60 pages total. Ordered by Judge Shon Hastings. (Text order only) Signed on 11/19/2024 (vck) (Entered: 11/19/2024) |
| 11/21/2024 | 45 (3 pgs) | Stipulated Motion to Extend Defendant Miguel Paredes' Time to Reply to Plaintiff's Response to Defendant Miguel Paredes' Motion to Dismiss Party (Re: Doc 30). Filed by Defendant Miguel Paredes (Gust, Michael). (added linkage; enhanced docket) Modified on 11/21/2024 (vck, Court). (Entered: 11/21/2024) |
| 11/21/2024 | 46 (2 pgs) | Stipulated Motion to Extend Response Period to Amended Complaint by Trustee Erik A. Ahlgren and Mandy Grant. Filed by Plaintiff Erik A. Ahlgren (Kieselbach, Peter) (enhanced docket) Modified on 11/21/2024 (vck, Court). (Entered: 11/21/2024) |
| 11/21/2024 | 47 | Order Granting Stipulated Motion to Extend Defendant Miguel Paredes' Time to Reply to Plaintiff's Response to Defendant Miguel Paredes' Motion to Dismiss Party (Re: # 45). The motion is granted. **Defendant Miguel Paredes' is granted until December 10, 2024, to file a reply to Plaintiff's response to Defendant Miguel Paredes' Motion to Dismiss Party.** Ordered by Judge Shon Hastings. (Text order only) Signed on 11/21/2024 (vck) (Entered: 11/21/2024) |
| 11/21/2024 | 48 | Order Granting Stipulated Motion to Extend Response Period to Amended Complaint (Related Doc # 46). The motion is granted. **Defendant Mandy Grant is granted until December 20, 2024, to file an Answer or other response to Plaintiff's Amended Complaint.** Ordered by Judge Shon Hastings. (Text order only) Signed on 11/21/2024 (vck) (Entered: 11/21/2024) |
| 11/22/2024 | 49 (4 pgs) | (WITHDRAWN #53 due to incorrect event used - SEE #54 Motion to Dismiss Party) Motion to Dismiss Adversary Proceeding Including: Notice of Motion served on 11/22/2024 and Certificate of Service Filed by Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust Last day to object is 12/13/2024. (Pezanosky, Stephen) Modified on 11/22/2024 (vck, Court). (Entered: 11/22/2024) |
| 11/22/2024 | 50 (71 pgs) | Brief *in Support of Motion to Dismiss Under Federal Rules of Civil Procedure 9(b) and 12(b)(6)* Filed by Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust (RE: 54 Motion to Dismiss Party). (Pezanosky, Stephen). (corrected linkage) Modified on 11/22/2024 (vck, Court). (Entered: 11/22/2024) |
| 11/22/2024 | 51 (136 pgs; 6 docs) | Declaration of Connie Berg in Support of the Berg Defendants' Motion to Dismiss Party Filed by Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust (RE: 54 Motion to Dismiss Party). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5) (Pezanosky, Stephen). (corrected linkage) Modified on 11/22/2024 (vck, Court). (Entered: 11/22/2024) |

| | | |
|---|---|---|
| 11/22/2024 | 52<br>(3 pgs) | Berg Defendants' Demand for Jury Trial Filed by Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust (RE: 54 Motion to Dismiss Party). (Pezanosky, Stephen). (corrected linkage) Modified on 11/22/2024 (vck, Court). (Entered: 11/22/2024) |
| 11/22/2024 | 53 | Withdrawal of Document (Text entry only)- The electronic filer will be responsible for informing all interested parties that are nonelectronic filers notice of this withdrawal and a certificate of service will be filed. Filed by Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust (RE: related document(s)49 Motion to Dismiss Adversary Proceeding Including: Notice of Motion served on 11/22/2024 and Certificate of Service). (Pezanosky, Stephen) (Entered: 11/22/2024) |
| 11/22/2024 | 54<br>(4 pgs) | Motion to Dismiss Party Including: Notice of Motion served on 11/22/2024 and Certificate of Service Filed by Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust Last day to object is 01/10/2025. (Pezanosky, Stephen) (Updated objection deadline per #59 Order) Modified on 12/2/2024 (vck, Court). (Entered: 11/22/2024) |
| 11/22/2024 | 55<br>(33 pgs; 2 docs) | Motion to Dismiss Party Including: Notice of Motion served on 11/22/2024 and Certificate of Service Filed by Defendant Chad Dubois Last day to object is 01/10/2025. (Attachments: # 1 Notice) (VerStandig, Maurice) (Updated objection deadline per #60 Order) Modified on 12/2/2024 (vck, Court). (Entered: 11/22/2024) |
| 11/22/2024 | 56<br>(25 pgs) | Opposition Response to (related document(s): 30 Motion to Dismiss Party - *Miguel Paredes* Including: Notice of Motion served on 10/25/2024 and Certificate of Service filed by Defendant Miguel Paredes) Filed by Plaintiff Erik A. Ahlgren (Kieselbach, Peter) (Entered: 11/22/2024) |
| 11/26/2024 | 57<br>(3 pgs) | Stipulated Motion to Extend Plaintiff's Time to Respond to Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust Motion to Dismiss Party (Re: 54) and Certificate of Service. Filed by Plaintiff Erik A. Ahlgren (Kieselbach, Peter) (enhanced docket) Modified on 11/27/2024 (vck, Court). (Entered: 11/26/2024) |
| 11/26/2024 | 58<br>(3 pgs) | Stipulated Motion to Extend Plaintiff's Time to Respond to the Defendant Chad DuBois' Motion to Dismiss Party (Re: 55) and Certificate of Service. Filed by Plaintiff Erik A. Ahlgren (Kieselbach, Peter) (enhanced docket) Modified on 11/27/2024 (vck, Court). (Entered: 11/26/2024) |
| 12/02/2024 | 59 | Order Granting Stipulated Motion to Extend Plaintiff's Time to Respond to the Berg Defendants' Motion to Dismiss Party (Re: # 57). The motion is granted. **Plaintiff is granted until January 10, 2025, to file a response to Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust Motion to Dismiss Party.** Ordered by Judge Shon Hastings. (Text order only) Signed on 12/2/2024 (vck) (Entered: 12/02/2024) |

| | | |
|---|---|---|
| 12/02/2024 | 60 | Order Granting Stipulated Motion to Extend Plaintiff's Time to Respond to Defendant Chad DuBois' Motion to Dismiss Party (Re: # 58). The motion is granted. **Plaintiff is granted until January 10, 2025, to file a response to Defendant Chad DuBois' Motion to Dismiss Party.** Ordered by Judge Shon Hastings. (Text order only) Signed on 12/2/2024 (vck) (Entered: 12/02/2024) |
| 12/10/2024 | 61 (11 pgs) | Supporting Reply to (related document(s): 30 Motion to Dismiss Party - *Miguel Paredes* Including: Notice of Motion served on 10/25/2024 and Certificate of Service filed by Defendant Miguel Paredes, 56 Response filed by Plaintiff Erik A. Ahlgren) Including Certificate of Service Filed by Defendant Miguel Paredes (Gust, Michael) (Entered: 12/10/2024) |
| 12/19/2024 | 62 (3 pgs) | (WITHDRAWN #63) Stipulated Motion to Extend Time to Respond to Plaintiffs Amended Complaint by Defendant Mandy Grant. Filed by Plaintiff Erik A. Ahlgren (Kieselbach, Peter) (enhanced docket; Incorrect extension date indicated in motion; requested withdrawal and refile corrected motion) Modified on 12/20/2024 (vck). (Entered: 12/19/2024) |
| 12/20/2024 | 63 | Withdrawal of Document (Text entry only)- The electronic filer will be responsible for informing all interested parties that are nonelectronic filers notice of this withdrawal and a certificate of service will be filed. Filed by Plaintiff Erik A. Ahlgren (RE: related document(s)62 Motion to Extend Time to Respond to Plaintiffs Amended Complaint by Defendant Mandy Grant.). (Kieselbach, Peter) (Entered: 12/20/2024) |
| 12/20/2024 | 64 (3 pgs) | Stipulated Motion to Extend Time to Respond to Plaintiffs Amended Complaint by Defendant Mandy Grant. Filed by Plaintiff Erik A. Ahlgren (Kieselbach, Peter) (enhanced docket) Modified on 12/20/2024 (vck). (Entered: 12/20/2024) |
| 12/20/2024 | 65 | Order Granting Stipulated Motion to Extend Response Period to Amended Complaint (Related Doc #64). The motion is granted. **Defendant Mandy Grant is granted until January 20, 2025, to file an Answer or other response to Plaintiff's Amended Complaint.** Ordered by Judge Shon Hastings. (Text order only) Signed on 12/20/2024 (vck) (Entered: 12/20/2024) |
| 01/10/2025 | 66 (5 pgs) | Stipulated Motion *to Extend Page Limits for Plaintiff's Brief in Opposition to Berg Defendants' Motion to Dismiss* (related document(s): 54 Motion to Dismiss Party) and Certificate of Service Filed by Plaintiff Erik A. Ahlgren (Kieselbach, Peter) (Entered: 01/10/2025) |
| 01/10/2025 | 67 (53 pgs) | Opposition Response to (related document(s): 54 Motion to Dismiss Party Including: Notice of Motion served on 11/22/2024 and Certificate of Service filed by Defendant Kyle Berg, Defendant Connie Berg, Defendant Connie Berg Revocable Living Trust, Defendant Kyle R. Berg Revocable Living Trust) Filed by Plaintiff Erik A. Ahlgren (Kieselbach, Peter) (Entered: 01/10/2025) |

| | 68 | Order Granting Stipulated Motion to Extend Page Limits for Plaintiff's Brief in Opposition to Motion to Dismiss filed by Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust (Related Doc #66). The motion is granted. Plaintiff may file a response brief in opposition to Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trusts Motion to Dismiss of no more than 60 pages total. Ordered by Judge Shon Hastings. (Text order only) Signed on 1/10/2025 (vck) (Entered: 01/10/2025) |
|---|---|---|
| 01/10/2025 | | |
| 01/10/2025 | 69 (29 pgs) | Opposition Response to (related document(s): 55 Motion to Dismiss Party Including: Notice of Motion served on 11/22/2024 and Certificate of Service filed by Defendant Chad Dubois Filed by Plaintiff Erik A. Ahlgren (Kieselbach, Peter) (Entered: 01/10/2025) |
| 01/15/2025 | 70 (3 pgs) | Stipulated Motion *to Extend Berg Defendants' Time to Reply to Plaintiff's Response to Berg Motion to Dismiss* (related document(s): 67 Response) and Certificate of Service Filed by Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust (Chavez, Jordan) (Entered: 01/15/2025) |
| 01/15/2025 | 71 | Order Granting Stipulated Motion to Extend Berg Defendants' Time to Reply to Plaintiff's Response to Berg Motion to Dismiss (Re: # 70). The motion is granted. **Defendants' Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust are granted until February 7, 2025, to file a response to # 67 Plaintiff's Response in Opposition to Berg Defendants' Motion to Dismiss Party.** Ordered by Judge Shon Hastings. (Text order only) Signed on 1/15/2025. (vck) (Entered: 01/15/2025) |
| 01/20/2025 | 72 (3 pgs) | (SEE #75 Motion to Dismiss Party - WITHDRAWN #74 due to incorrect event used) Motion to Dismiss Adversary Proceeding Including: Notice of Motion served on 1/20/2025 and Certificate of Service Filed by Defendant Mandy Grant Last day to object is 02/10/2025. (Cook, Andrew) Modified on 1/22/2025 (vck). (Entered: 01/20/2025) |
| 01/20/2025 | 73 (11 pgs) | Brief Filed by Defendant Mandy Grant (RE: 75 Motion to Dismiss Party served on 1/20/2025. (Cook, Andrew) (corrected linkage) Modified on 1/22/2025 (vck). (Entered: 01/20/2025) |
| 01/20/2025 | 75 (3 pgs) | Motion to Dismiss Party *Defendant Mandy Grant* Including: Notice of Motion served on 1/20/2025 and Certificate of Service Filed by Defendant Mandy Grant Last day to object is 02/10/2025. (Cook, Andrew) (Refiled using correct event) Modified on 1/22/2025 (vck). (Entered: 01/22/2025) |
| 01/22/2025 | 74 | Withdrawal of Document (Text entry only)- *wrong event selected* The electronic filer will be responsible for informing all interested parties that are nonelectronic filers notice of this withdrawal and a certificate of service will be filed. Filed by Defendant Mandy Grant (RE: related document(s)72 Motion to Dismiss Adversary Proceeding Including: Notice of Motion served on 1/20/2025 and Certificate of Service). (Cook, Andrew) (Entered: 01/22/2025) |

| Date | Doc # | Description |
|---|---|---|
| 01/24/2025 | 76 (3 pgs) | Stipulated Motion to Extend Chad DuBois' Time to Reply to Plaintiff's Response to Chad DuBois' Motion to Dismiss Party Filed by Defendant Chad Dubois (RE: 69 Response). (VerStandig, Maurice) (incorrect event used; enhanced docket) Modified on 1/27/2025 (vck). (Entered: 01/24/2025) |
| 01/27/2025 | 77 | Order Granting Stipulated Motion to Extend Defendant Chad DuBois' Time to Reply to Plaintiff's Response to Chad DuBois' Motion to Dismiss Party (Re: # 76). The motion is granted. **Defendant Chad DuBois is granted until February 7, 2025, to file a response to #69 Plaintiff's Response in Opposition to Motion to Dismiss Party by Defendant Chad DuBois.** Ordered by Judge Shon Hastings. (Text order only) Signed on 1/27/2025 (vck) (Entered: 01/27/2025) |
| 01/31/2025 | 78 (3 pgs) | Stipulated Motion to Extend Time to Plaintiff to Respond to Defendant Mandy Grants Motion to Dismiss Party Re: 75). and Certificate of Service Filed by Plaintiff Erik A. Ahlgren (Kieselbach, Peter) (added linkage) Modified on 1/31/2025 (vck). (Entered: 01/31/2025) |
| 01/31/2025 | 79 | Order Granting Stipulated Motion to Extend Plaintiff's Time to Respond to Defendant Mandy Grant's Motion to Dismiss Party (Re: # 78). The motion is granted. **Plaintiff is granted until February 12, 2025, to file a response to Defendant Mandy Grant's Motion to Dismiss Party.** Ordered by Judge Shon Hastings. (Text order only) Signed on 1/31/2025 (vck) (Entered: 01/31/2025) |
| 02/04/2025 | 80 (3 pgs) | Stipulated Motion to Exceed Page Limit (Re: 69 Response) and Certificate of Service. Filed by Defendant Chad Dubois (VerStandig, Maurice) (enhanced docket) Modified on 2/5/2025 (vck). (Entered: 02/04/2025) |
| 02/05/2025 | 81 | Order Granting Stipulated Motion to Exceed Page Limit for Defendant Dubois' Reply to Plaintiff's Opposition Response (Re: #69) to Motion to Dismiss Party filed by Defendant Chad DuBois (Related Doc #80). The motion is granted. Defendant Dubois may file a Reply in opposition to Plaintiff's Opposition Response of no more than 15 pages total. Ordered by Judge Shon Hastings. (Text order only) Signed on 2/5/2025 (vck) (Entered: 02/05/2025) |
| 02/06/2025 | 82 (4 pgs) | Stipulated Motion *to Further Extend Berg Defendants' Time to Reply to Plaintiff's Response to Berg Motion to Dismiss* (related document(s): 67 Response, 70 Generic Motion) and Certificate of Service Filed by Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust (Chavez, Jordan) (Entered: 02/06/2025) |
| 02/07/2025 | 83 (20 pgs) | Reply to (related document(s): 55 Motion to Dismiss Party Including: Notice of Motion served on 11/22/2024 and Certificate of Service filed by Defendant Chad Dubois, 69 Response filed by Plaintiff Erik A. Ahlgren) Including Certificate of Service Filed by Defendant Chad Dubois (VerStandig, Maurice) (Entered: 02/07/2025) |

| | | |
|---|---|---|
| 02/07/2025 | 84 | Order Granting Stipulated Motion to Further Extend Berg Defendants' Time to Reply to Plaintiff's Response to Berg Motion to Dismiss (Re: # 82). The motion is granted. **Defendants' Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust are granted until February 14, 2025, to file a response to #67 Plaintiff's Response in Opposition to Berg Defendants' Motion to Dismiss Party.** Ordered by Judge Shon Hastings. (Text order only) Signed on 2/7/2025 (vck) (Entered: 02/07/2025) |
| 02/11/2025 | 85 (2 pgs) | Stipulated Motion to Extend Response Deadline to Facilitate Pending Settlement (Re: 75 Motion to Dismiss Party Defendant Many Grant) Filed by Plaintiff Erik A. Ahlgren (Kieselbach, Peter) (enhanced docket; added linkage) Modified on 2/11/2025 (vck). (Entered: 02/11/2025) |
| 02/11/2025 | 86 (4 pgs) | Stipulated Motion *to Extend Page Limits for Berg Defendants' Reply Brief in Support of Motion to Dismiss* (related document(s)s: 54 Motion to Dismiss Party) and Certificate of Service Filed by Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust (Chavez, Jordan) (Entered: 02/11/2025) |
| 02/11/2025 | 87 | Order Granting Stipulated Motion to Extend Response Deadline to Facilitate Pending Settlement to Defendant Mandy Grant's Motion to Dismiss Party (Re: # 85). The motion is granted. **Plaintiff is granted until March 12, 2025, to file a response to Defendant Mandy Grant's Motion to Dismiss Party (Re: # 75).** Ordered by Judge Shon Hastings. (Text order only) Signed on 2/11/2025 (vck) (Entered: 02/11/2025) |
| 02/11/2025 | 88 | Order Granting Stipulated Motion to Extend Page Limits for Berg Defendants' Reply Brief in Support of Motion to Dismiss Parties (Re: # 54) filed by Berg Defendants' (Related Doc #86). The motion is granted. Defendants' Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust may file a Reply Brief in Support of Motion to Dismiss Parties of no more than 20 pages total. Ordered by Judge Shon Hastings. (Text order only) Signed on 2/11/2025 (vck) (Entered: 02/11/2025) |
| 02/14/2025 | 89 (28 pgs) | Berg Defendants' Reply in Support of (Re: 54 Motion to Dismiss Party filed by Defendant Kyle Berg, Defendant Connie Berg, Defendant Connie Berg Revocable Living Trust, Defendant Kyle R. Berg Revocable Living Trust, and 67 Response filed by Plaintiff Erik A. Ahlgren) Including Certificate of Service Filed by Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust (Pezanosky, Stephen) (enhanced docket) Modified on 2/14/2025 (vck). (Entered: 02/14/2025) |
| 03/12/2025 | 90 (3 pgs) | Stipulated Motion to Extend Time to Further Respond to Defendant Mandy Grants Motion to Dismiss and to Facilitate Pending Settlement. Filed by Plaintiff Erik A. Ahlgren (Kieselbach, Peter) (Entered: 03/12/2025) |

| | | |
|---|---|---|
| 03/13/2025 | 91 | Order Granting Stipulated Motion to Further Extend Response Deadline to Facilitate Pending Settlement to Defendant Mandy Grant's Motion to Dismiss Party (Re: # 90). The motion is granted. **Plaintiff is granted until April 14, 2025, to file a response to Defendant Mandy Grant's Motion to Dismiss Party (Re: # 75).** Ordered by Judge Shon Hastings. (Text order only) Signed on 3/13/2025 (vck) (Entered: 03/13/2025) |
| 03/18/2025 | 92 (2 pgs) | Notice of Oral Argument On 30 Motion to Dismiss Party *Miguel Paredes* filed by Defendant Miguel Paredes. Oral Argument to be held on **4/2/2025 at 02:00 PM** Quentin N. Burdick U.S. Courthouse, Courtroom #3, 2nd Floor, 655 1st Ave. N., Fargo, ND 58102. (sfh) (Entered: 03/18/2025) |
| 03/18/2025 | 93 (2 pgs) | Notice of Oral Argument On 55 Motion to Dismiss Party *Chad Dubois* filed by Defendant Chad Dubois. Oral Argument to be held on **4/3/2025 at 10:00 AM** Quentin N. Burdick U.S. Courthouse, Courtroom #3, 2nd Floor, 655 1st Ave. N., Fargo, ND 58102. (sfh) (Entered: 03/18/2025) |
| 03/18/2025 | 94 (2 pgs) | Notice of Oral Argument On 75 Motion to Dismiss Party *Mandy Grant* filed by Defendant Mandy Grant. Oral Argument to be held on **4/3/2025 at 10:00 AM** Quentin N. Burdick U.S. Courthouse, Courtroom #3, 2nd Floor, 655 1st Ave. N., Fargo, ND 58102. (sfh) (Entered: 03/18/2025) |
| 03/18/2025 | 95 (2 pgs) | Notice of Oral Argument On 54 Motion to Dismiss Party *Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust and Kyle R. Berg Revocable Living Trust* filed by Berg Defendants. Oral Argument to be held on **4/3/2025 at 02:00 PM** Quentin N. Burdick U.S. Courthouse, Courtroom #3, 2nd Floor, 655 1st Ave. N., Fargo, ND 58102. (sfh). Modified on 3/24/2025 (dat). (Entered: 03/18/2025) |
| 03/24/2025 | 96 (1 pg) | Order Rescheduling Oral Argument Signed on 3/24/2025. Oral Argument on 75 Motion to Dismiss Party filed by Defendant Mandy Grant is rescheduled to **4/18/2025 at 10:00 AM** Quentin N. Burdick U.S. Courthouse, Courtroom #3, 2nd Floor, 655 1st Ave. N., Fargo, ND 58102. (sfh) (Entered: 03/24/2025) |
| 04/02/2025 | 97 | Oral Argument Held On 30 Motion to Dismiss Party filed by Defendant Miguel Paredes. APPEARANCES BY: Attorney Michael Scheier, Attorney Jacob Rhode and Attorney Mike Gust for Miguel Paredes; Attorney Peter Kieselbach and Attorney Michael Fisco for Trustee, Erik Ahlgren. TIME OF HEARING: 1:56 to 4:23 p.m. (sfh) (Entered: 04/03/2025) |
| 04/03/2025 | 98 | Oral Argument Held On 55 Motion to Dismiss Party filed by Defendant Chad Dubois. APPEARANCES BY: Attorney Maurice VerStandig and Attorney Christianna Cathcart for Defendant Chad Dubois; Attorney Peter Kieselbach for Trustee, Erik Ahlgren; Attorney Stephen Pezanosky and Attorney Brenna Scully for the Bergs; Attorney Michael Scheier and Attorney Jacob Rhode for Miguel Paredes. TIME OF HEARING: 9:57 to 11:14 a.m. (sfh) (Entered: 04/03/2025) |

| | | |
|---|---|---|
| 04/03/2025 | 99 | Oral Argument Held On 54 Motion to Dismiss Party filed by Defendant Kyle Berg, Defendant Connie Berg, Defendant Connie Berg Revocable Living Trust, Defendant Kyle R. Berg Revocable Living Trust. APPEARANCES BY: Attorney Stephen Pezanosky and Attorney Brenna Scully for Bergs et al; Attorney Peter Kieselbach and Attorney Michael Fisco for Trustee, Erik Ahlgren; Attorney Mike Scheier and Attorney Jacob Rhode for Miguel Parades. TIME OF HEARING: 1:59 to 3:59 p.m. (sfh) (Entered: 04/03/2025) |
| 04/03/2025 | 100<br>(1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 4/2/2025 1:55:25 PM ]. File Size [ 63511 KB ]. Run Time [ 02:12:19 ]. (admin). (*audio was excised from 3:41:46 - 3:56:21 pm*) Modified on 4/4/2025 (sfh). (Entered: 04/03/2025) |
| 04/03/2025 | 101<br>(1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 4/3/2025 9:30:40 AM ]. File Size [ 36893 KB ]. Run Time [ 01:16:52 ]. (admin). (Entered: 04/03/2025) |
| 04/03/2025 | 102<br>(1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 4/3/2025 1:34:00 PM ]. File Size [ 57366 KB ]. Run Time [ 01:59:31 ]. (admin). (Entered: 04/03/2025) |
| 04/04/2025 | 103<br>(7 pgs) | Order Denying in Part and Granting in Part, Motion to Dismiss Party filed by Miguel Paredes (Related Doc # 30). Signed on 4/4/2025 (sfh) (Entered: 04/04/2025) |
| 04/04/2025 | 104<br>(3 pgs) | Authorities Cited and/or Considered in Oral Ruling on April 2, 2025 (Related Doc # 103 Order on Motion to Dismiss Party Miguel Paredes) (sfh) (Entered: 04/04/2025) |
| 04/06/2025 | 105<br>(9 pgs) | BNC Certificate of Mailing. (RE: related document(s)103 Order on Motion to Dismiss Party) No. of Notices: 1. Notice Date 04/06/2025. (Admin.) (Entered: 04/06/2025) |
| 04/11/2025 | 106<br>(2 pgs) | Stipulated Motion to Extend Time *to Respond to Amended Complaint* Filed by Defendant Miguel Paredes (Scheier, Michael) (Entered: 04/11/2025) |
| 04/14/2025 | 107 | Order Granting Stipulated Motion to Extend Miguel Parades' Time to Respond to Plaintiff's Amended Complaint (Re: # 106). The motion is granted. ***Defendant Miguel Paredes is granted 30 days to file an Answer or other response to Plaintiff's Second Amended Complaint from the date filed.*** Ordered by Judge Shon Hastings. (Text order only) Signed on 4/14/2025 (vck) (Entered: 04/14/2025) |
| 04/14/2025 | 108<br>(20 pgs) | Settlement Agreement By and Between Plaintiff Erik A. Ahlgren and Defendant Mandy Grant. (Re: 75 Motion to Dismiss Party filed by Defendant Mandy Grant). Filed by Plaintiff Erik A. Ahlgren. (Kieselbach, Peter). (added linkage; enhanced docket) Modified on 4/15/2025 (vck). (Entered: 04/14/2025) |

| | | |
|---|---|---|
| 04/14/2025 | 109<br>(5 pgs) | Motion to Approve Stipulation (related document(s)108 Settlement Agreement) Including: Notice of Motion served on 4/14/2025 and Certificate of Service Filed by Plaintiff Erik A. Ahlgren Last day to object is 05/5/2025. (Kieselbach, Peter) (Entered: 04/14/2025) |
| 04/15/2025 | | Hearing Cancelled (*Settlement Agreement filed at Doc. 108*) (RE: related document(s)75 Motion to Dismiss Party filed by Defendant Mandy Grant) (sfh) (Entered: 04/15/2025) |
| 04/18/2025 | 110<br>(12 pgs) | Order Denying in part and Granting in part Motion to Dismiss Party Filed by Chad Dubois (Related Doc # 55). Signed on 4/18/2025 (sfh) (Entered: 04/18/2025) |
| 05/01/2025 | 111<br>(53 pgs) | Order Granting in part and Denying in part Berg Defendants' Motion to Dismiss (Related Doc # 54). Signed on 5/1/2025 (dat) (Entered: 05/01/2025) |
| 05/02/2025 | 112<br>(2 pgs) | Motion to Extend Time to File a Pleading Responsive to the Plaintiff's Amended Complaint and Certificate of Service Filed by Defendant Chad Dubois (VerStandig, Maurice) (Entered: 05/02/2025) |
| 05/02/2025 | 113 | Order Granting Motion to Extend Time for Chad DuBois' to File Responsive Pleading to Plaintiff's Amended Complaint (Re: #112). The motion is granted. **Defendant Chad DuBois is granted through May 9, 2025, to file an Answer or other response to Plaintiff's Amended Complaint [Doc 11].** Ordered by Judge Shon Hastings. (Text order only) Signed on 5/2/2025 (vck) (vck). (updated text order) Modified on 5/9/2025 (vck). (Entered: 05/02/2025) |
| 05/07/2025 | 114<br>(2 pgs) | Order Granting Motion to Approve Settlement Agreement (Related Doc # 109) and Approving Settlement Agreement (Related Doc # 75 and 108). **Defendant Mandy Grant is DISMISSED as a party from this case with prejudice.** Signed on 5/7/2025 (vck) (Entered: 05/07/2025) |
| 05/09/2025 | 115<br>(2 pgs) | Stipulated Motion to Extend Time to Chad Dubois' Time to Respond to Plaintiff's Further Amended Complaint. Filed by Plaintiff Erik A. Ahlgren (Kieselbach, Peter) (Entered: 05/09/2025) |
| 05/09/2025 | 116 | Order Granting Stipulated Motion to Extend Chad DuBois' Time to Respond to Plaintiff's Further Amended Complaint. (Re: #115). The motion is granted. **Defendant Chad DuBois is granted 30 days from the date Plaintiff files his Second Amended Complaint to file an Answer or other response.** Ordered by Judge Shon Hastings. (Text order only) Signed on 5/9/2025 (added linkage) (vck) (Entered: 05/09/2025) |
| 05/09/2025 | 117<br>(4 pgs) | BNC Certificate of Mailing. (RE: related document(s)114 Order on Motion to Dismiss Party) No. of Notices: 1. Notice Date 05/09/2025. (Admin.) (Entered: 05/09/2025) |
| 05/16/2025 | 118 | Transcript regarding Hearing Held 04/02/25 RE: Motion to dismiss. Remote electronic access to the transcript is restricted until 08/14/2025. The transcript may be viewed at the Bankruptcy Court |

| | | |
|---|---|---|
| | | Clerk's Office. [Contact the Court Reporter/Transcriber J&J Court Transcribers, Inc., Telephone number 609-586-2311.]. Notice of Intent to Request Redaction Deadline Due By 5/23/2025. Redaction Request Due By 06/6/2025. Redacted Transcript Submission Due By 06/16/2025. Transcript access will be restricted through 08/14/2025. (Bowen, James) (Entered: 05/16/2025) |
| 05/16/2025 | 119 | Transcript regarding Hearing Held 04/03/25 RE: Motion to dismiss. Remote electronic access to the transcript is restricted until 08/14/2025. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Contact the Court Reporter/Transcriber J&J Court Transcribers, Inc., Telephone number 609-586-2311.]. Notice of Intent to Request Redaction Deadline Due By 5/23/2025. Redaction Request Due By 06/6/2025. Redacted Transcript Submission Due By 06/16/2025. Transcript access will be restricted through 08/14/2025. (Bowen, James) (Entered: 05/16/2025) |
| 05/20/2025 | 120 (236 pgs; 2 docs) | Second Amended Complaint by Peter Kieselbach on behalf of Erik A. Ahlgren against Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Chad Dubois, Kyle R. Berg Revocable Living Trust, Miguel Paredes. (RE: 1 Complaint filed by Plaintiff Erik A. Ahlgren and 11 Amended Complaint filed by Plaintiff Erik A. Algren). (Attachments: # 1 Exhibit Exhibits A-E) (Kieselbach, Peter). (added linkage) Modified on 5/20/2025 (vck). (Entered: 05/20/2025) |
| 05/28/2025 | 121 (3 pgs) | Stipulated Motion *to Extend Berg Defendants' Deadline to File Answer to Plaintiff's Second Amended Complaint* (related document(s)s: 120 Amended Complaint) and Certificate of Service Filed by Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust (Chavez, Jordan) (Entered: 05/28/2025) |
| 05/29/2025 | 122 | Order Granting Stipulated Motion to Extend Berg Defendants Time to File Answer to Plaintiffs Second Amended Complaint (Related Doc # 121). The motion is granted. **Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust and Kyle R. Berg Revocable Living Trust are granted until June 19, 2025, to file an Answer to Plaintiffs Second Amended Complaint**. Ordered by Judge Shon Hastings. (Text order only). Signed on 5/29/2025 (sfh) (Entered: 05/29/2025) |
| 06/13/2025 | 123 (3 pgs) | Stipulated Motion to Extend Time to Facilitate Pending Settlement for Defendant Chad DuBois and Certificate of Service Filed by Plaintiff Erik A. Ahlgren (Kieselbach, Peter) (enhanced docket) Modified on 6/13/2025 (vck). (Entered: 06/13/2025) |
| 06/13/2025 | 124 | Order Granting Stipulated Motion to Extend Response Deadline to Facilitate Pending Settlement (Re: #123). The motion is granted. **Defendant Chad DuBois is granted through July 21, 2025, to file an Answer or other response to Plaintiff's Second Amended Complaint.** Ordered by Judge Shon Hastings. (Text order only) Signed on 6/13/2025 (vck) (Entered: 06/13/2025) |
| 06/17/2025 | 125 (2 pgs) | Stipulated Motion to Extend Time to Respond to Plaintiff's Second Amended Complaint. Filed by Defendant Miguel Paredes (Weaver, |

| | | Samuel) (Entered: 06/17/2025) |
|---|---|---|
| 06/18/2025 | 126 | Order Granting Stipulated Motion to Extend Miguel Paredes' Time to Respond to Plaintiff's Amended Complaint (Re: # 125). The motion is granted. **Defendant Miguel Paredes is granted through July 3, 2025, to file an Answer or other response to Plaintiff's Second Amended Complaint.** Ordered by Judge Shon Hastings. (Text order only) Signed on 6/18/2025 (vck) (Entered: 06/18/2025) |
| 06/18/2025 | 127<br>(99 pgs) | Answer to Complaint *Berg Defendants' Answer to Trustee's Second Amended Complaint, Affirmative Defenses, and*, Counterclaim by Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust against Erik A. Ahlgren Filed by Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust. (Pezanosky, Stephen) (Entered: 06/18/2025) |
| 06/18/2025 | 128<br>(4 pgs) | Motion *Berg Defendants' Notice of Motion and Motion for Miscellaneous Relief* (related document(s): 120 Amended Complaint) Including: Notice of Motion served on 6/18/2025 and Certificate of Service Filed by Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust Last day to object is 07/2/2025. (Pezanosky, Stephen) (Entered: 06/18/2025) |
| 06/18/2025 | 129<br>(8 pgs) | Brief *Berg Defendants' Memorandum in Support of Motion for Miscellaneous Relief* Filed by Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust (RE: related document(s)128 Motion *Berg Defendants' Notice of Motion and Motion for Miscellaneous Relief* (related document(s): 120 Amended Complaint) Including: Notice of Motion served on 6/18/2025 and Certificate of Service). (Pezanosky, Stephen) (Entered: 06/18/2025) |
| 06/18/2025 | 130<br>(19 pgs; 3 docs) | Motion for Withdrawal of Reference Including: Notice of Motion served on 6/18/2025 and Certificate of Service Fee Amount $199 Filed by Defendants Connie Berg, Kyle Berg, Connie Berg Revocable Living Trust, Kyle R. Berg Revocable Living Trust Last day to object is 07/2/2025. (Attachments: # 1 Proposed Order # 2 Notice of Motion) (Re: 52 Jury Trial Demand by Berg Defendants/Counter-Claimants) (Pezanosky, Stephen). (added linkage) Modified on 6/18/2025 (vck). (Entered: 06/18/2025) |
| 06/18/2025 | | Receipt of Motion for Withdrawal of Reference( 24-07014) [motion,mwdref] ( 199.00) Filing Fee. Receipt number A1631946. Fee amount 199.00. (U.S. Treasury) (Entered: 06/18/2025) |